# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PATRICK SHERMAN**                                                                           **PLAINTIFF**

**VS.**                               **4:21-cv-00400 BRW**

**JOHN F. FORRESTER, JR.,** *et al.*                                    **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of May, 2021.

                                                                             Billy Roy Wilson_____
                                                                             UNITED STATES DISTRICT JUDGE